IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jarmoszka, Kazimierz | Case Number: 07 B 08548 |
| | Judge: Wedoff, Eugene R |
| Printed: 3/4/08 | Filed: 5/10/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 10, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,625.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 5,625.00 |
| Totals: | 5,625.00 | 5,625.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Washington Mutual Finance | Secured | 0.00 | 0.00 |
| 2. | First Bank & Trust Of Evanston | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 4. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 5. | Becket & Lee | Unsecured | 4,751.71 | 0.00 |
| 6. | Becket & Lee | Unsecured | 2,360.86 | 0.00 |
| 7. | Bank Of America | Unsecured | 973.02 | 0.00 |
| 8. | Chase Bank | Unsecured | 3,080.67 | 0.00 |
| 9. | B-Real LLC | Unsecured | 986.91 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 2,006.12 | 0.00 |
| 11. | Chase Bank | Unsecured | 1,293.13 | 0.00 |
| 12. | Infibank | Unsecured | 2,797.84 | 0.00 |
| 13. | Bank Of America | Unsecured | 1,880.60 | 0.00 |
| 14. | First National Credit Card | Unsecured | 1,911.53 | 0.00 |
| 15. | Chase | Unsecured | | No Claim Filed |
| 16. | Menards | Unsecured | | No Claim Filed |
| 17. | Home Depot | Unsecured | | No Claim Filed |
| 18. | Chase Mastercard/Visa | Unsecured | | No Claim Filed |
| 19. | Chase Manhattan Mortgage Corp | Unsecured | | No Claim Filed |
| 20. | Home Depot | Unsecured | | No Claim Filed |
| 21. | Hester, Marcus | Unsecured | | No Claim Filed |
| | | | $ 22,042.39 | $ 0.00 |

Case 07-08548    Doc 66    Filed 03/04/08    Entered 03/04/08 11:41:12    Desc    Page 2 of 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Jarmoszka, Kazimierz

Printed:  3/4/08

Case Number:  07 B 08548
Judge:  Wedoff, Eugene R
Filed:  5/10/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

